JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-885 GAF (PLAx) | Date | March 2, 2011 |
|---|---|---|---|
| Title | Paule Katz v. Blue Cross of California et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**      **(In Chambers)**

## ORDER RE: REMAND

Paule Katz ("Plaintiff"), on behalf of himself and all others similarly situated, brought this putative class action against Blue Cross of California, doing business as Anthem Blue Cross ("Defendant"), and Does 1–50.  (Docket No. 1, Not., Ex. 1 [Compl.].)  On January 28, 2011, Defendant timely removed this case to this Court.  (Docket No. 1, Not.)  In its notice of removal, Defendant contended that this Court has subject matter jurisdiction pursuant to the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1332(d).  (Id.)  On February 10, 2011, this Court issued an Order to Show Cause why the case should not be remanded.  (Docket No. 8, 2/10/11 Order.)  The Order explained that it appeared that the so-called "local controversy" and "home-state controversy" exceptions to CAFA diversity jurisdiction might apply in this case.  (Id.)

Defendant has filed a response indicating that Plaintiff has filed an amended complaint redefining the class and that, as a result, "there is no longer minimal diversity in this matter." (Docket No. 10.)  Defendant accordingly "consents to the remand of the case to the California Superior Court, County of Los Angeles."  (Id.)

Because the Court concludes that it lacks subject matter jurisdiction over this case, and because Defendant consents to remand, this case is hereby **REMANDED** to state court.

**IT IS SO ORDERED.**